**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DON/McC COOK/SOLO, ADC # 135485                                             PLAINTIFF

v.                              No. 5:15CV00366-JLH-JJV

JEFFREY STIEVE, Medical Director,
Correct Care Solutions; *et al.*                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition (Document #5) submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Defendant Arkansas State Prison is DISMISSED without prejudice due to Plaintiff's failure to state a viable claim against it.

SO ORDERED this 9th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE