**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DON/McC COOK/SOLO, ADC # 135485                                                              PLAINTIFF

v.                                          5:15CV00366-JLH-JJV

JEFFREY STIEVE, Medical Director,
Correct Care Solutions; *et al.*                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that the plaintiff's motion for a temporary restraining order is DENIED. Document #6.

SO ORDERED this 15th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE